UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 13 A 10: 03

US DISTRICT
BRIDGEPORT CT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC and TIMOTHY MELLON, | : |
| Plaintiffs, | : CIVIL CASE NO: 3:01 CV 403 (SRU) |
| v. | : |
| EAST HADDAM LAND TRUST, *et al.*, | : |
| Defendants. | : |

## WITHDRAWAL BY PLAINTIFFS OF THEIR MOTION TO COMPEL DEPOSITIONS

Plaintiffs Goodspeed Airport, LLC and Timothy Mellon hereby withdraw their motion to compel depositions and state as follows:

1. On October 16, 2003, plaintiffs had moved to compel the deposition testimony of defendants Merrow, Ventres and Vanderstad.

2. Subsequent to the filing of the motion, counsel for defendants Merrow and Ventres have given plaintiffs deposition dates for Mr. Ventres (November 19) and Ms. Merrow (November 20).

3. With regard to the resumption of Ms. Vanderstad's deposition, on October 27, 2003, Attorney Bennett advised undersigned counsel that he does not represent Ms. Vanderstad for the purpose of her deposition and that her resumed deposition must be sought through Attorney Donnelly. (Attachment A)[1] Thereafter, undersigned counsel sought an agreement from Attorney Donnelly, but could not obtain an agreement.

---

[1] Attorney Bennett had previously not responded to any of plaintiffs' three letters to him concerning the depositions of Ventres, Merrow and Vanderstad which plaintiffs sent him prior to filing their motion to compel.

W02-DC:9JAP1\100013985.1

4.  Because of the confusion as to Ms. Vanderstad, plaintiffs will withdraw their motion as to Ms. Vanderstad and will continue in their efforts to reach an agreement with Attorney Donnelly on the need for a brief resumption of Ms. Vanderstad's deposition; if those efforts are unsuccessful, plaintiffs will file a separate motion pertaining only to Ms. Vanderstad.

Respectfully submitted,

*[signature]*
Timothy C. Moynahan, CT 09880
Walter P. Zaborowski, CT 22402
Moynahan, Minella, Broderick & Tindall
P.O. Box 2242
141 East Main Street
Waterbury, CT 06722-2242
(203) 573-1411

*[signature]*
John R. Fornaciari, CT 04653
Robert M. Disch, CT 04654
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.
Eleventh Floor East
Washington, D.C. 20005
(202) 218-0000

Dated: October 31, 2003

Attorneys for Plaintiffs

## Robert Disch

**From:** John Bennet [bennet@gould-larson.com]
**Sent:** Friday, October 24, 2003 2:16 PM
**To:** 'Disch, Robert M.'; Michael Donnelly
**Subject:** Depositions

Bob,

I have your note concerning the depositions. The dates of the 19th and 20th are fine for me. I believe they are also available to Ms. Merrow and Mr. Ventres, but the town hall closes early on Fridays and I cannot confirm until Monday.

Neither Atty. McDonnell no myself are available on Friday the 21st. However Ken is on trial and there is always the possibility it will settle or conclude before that day. So if you wan to keep the 21st as an option on that chance, then fine.

You need to check with Mike Donnelly on Vanderstad. I do not represent her for this purpose.

John Bennet

10/29/2003

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal By Plaintiffs of Their Motion to Compel Depositions was served upon the following by first-class mail, postage prepaid, this 30th day of October, 2003:

>Michael J. Donnelly
>Murtha Cullina, LLP
>City Place 1-185 Asylum Street
>Hartford, CT 06103
>
>John S. Bennet
>Gould, Larson, Bennet,
>  Wells & McDonnell, PC
>35 Plains Road
>P.O. Box 959
>Essex, CT 06426

_____
John R. Fornaciari