UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 A 10:03
US DIST CT
BRIDGEPORT CT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC and TIMOTHY MELLON, | : |
| Plaintiffs, | : CIVIL CASE NO: 3:01 CV 403 (SRU) |
| v. | : |
| EAST HADDAM LAND TRUST, *et al.*, | : |
| Defendants. | : |

## WITHDRAWAL BY PLAINTIFFS OF THEIR MOTION TO COMPEL DEPOSITIONS

Plaintiffs Goodspeed Airport, LLC and Timothy Mellon hereby withdraw their motion to compel depositions and state as follows:

1. On October 16, 2003, plaintiffs had moved to compel the deposition testimony of defendants Merrow, Ventres and Vanderstad.

2. Subsequent to the filing of the motion, counsel for defendants Merrow and Ventres have given plaintiffs deposition dates for Mr. Ventres (November 19) and Ms. Merrow (November 20).

3. With regard to the resumption of Ms. Vanderstad's deposition, on October 27, 2003, Attorney Bennett advised undersigned counsel that he does not represent Ms. Vanderstad for the purpose of her deposition and that her resumed deposition must be sought through Attorney Donnelly. (Attachment A)[1] Thereafter, undersigned counsel sought an agreement from Attorney Donnelly, but could not obtain an agreement.

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.

---

[1] Attorney Bennett had previously not responded to any of plaintiffs' three letters to him concerning the depositions of Ventres, Merrow and Vanderstad which plaintiffs sent him prior to filing their motion to compel.

W02-DC:9JAP1\100013985.1