FILED

2004 MAR -5 P 12: 53

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC AND TIMOTHY MELLON : <br><br> PLAINTIFFS, : <br> V. : <br> : <br> EAST HADDAM LAND TRUST, INC. : <br> MAUREEN VANDERSTAD, : <br> ANN KILPATRICK, ARTHUR MERROW, : <br> DEBORAH PIEZ, MARYBETH DRULAND : <br> MATT ELGART, JOHN KASHANSKI, : <br> ROBERT R. SMITH, GEOFF WISWELL, : <br> SUSAN MERROW AND JAMES VENTRES : <br> : <br> DEFENDANTS, : | CIVIL CASE <br> NO: 301 CV 403 (SRU) <br><br><br><br><br><br><br><br><br><br> MARCH 5, 2004 |

**MOTION FOR SUMMARY JUDGMENT
OF THE DEFENDANTS, SUSAN MERROW AND JAMES VENTRES**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, the defendants, SUSAN MERROW and JAMES VENTRES, respectfully move for summary judgment in their favor for the reason that there is no genuine issue to be tried with respect to the federal claims in the above-entitled matter and the remaining pendent state law claims should be dismissed for lack of subject matter jurisdiction. A Memorandum of Law, a Local Civil Rule 56 (a) (1) Statement and Affidavits with exhibits are attached.

WHEREFORE, the defendants, Susan Merrow and James Ventres, request that this Motion for Summary Judgment be granted.

ORAL ARGUMENT IS REQUESTED

THE DEFENDANTS,
SUSAN MERROW and JAMES VENTRES

By: _____
Kenneth J. McDonnell
Gould, Larson, Bennet, Wells
   & McDonnell, P. C.
35 Plains Road
P. O. Box 959
Essex, CT 06426
Tel. (860) 767-9055
Fed. Juris No. ct 06555

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants Merrow And Ventres' Motion for Summary Judgment has been mailed, postage prepaid, this 4th day of March, 2004 to all counsel and pro se parties of record:

Timothy C. Moynahan, Esquire
Moynahan, Ruskin, Mascolo & Minnella
141 East Main Street
Waterbury, CT 06702

Michael J. Donnelly, Esquire
Murtha Cullina, LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469

John R. Fornaciari, Esquire
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.
11th Floor East
Washington, D.C. 20005-3314

_____
Kenneth J. McDonnell