UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT LLC, ET AL. : | |
| : | |
| Plaintiffs : | |
| : | CIVIL NO. 3:01CV403 (SRU) |
| VS. : | |
| : | |
| EAST HADDAM LAND TRUST, INC., : | |
| ET AL. : | |
| : | |
| Defendants : | MARCH 5, 2004 |

### MATERIAL FACTS NOT IN DISPUTE–LOCAL RULE 56(a)(1)

For the purposes of this motion for summary judgment, the Defendants, SUSAN MERROW and JAMES VENTRES submit that there is no genuine issue to be tried with respect to the following material facts:

1. At all times material hereto, Susan Merrow (Merrow) was the first selectman of the Town of East Haddam, CT. (Amended Complaint ¶ 14 and Merrow affid. ¶ 2)

2. At all times material hereto, James Ventres (Ventres) was the Land Use Administrator for the Town of East Haddam and his duties included serving as the East Haddam Inland Wetlands and Watercourses Commission Enforcement Officer. (Amend.Comp.¶¶ 13 & 49; Ventres affid. ¶¶ 2 & 3).

3. At all times material hereto, the defendant East Haddam Land Trust (EHLT) owned land between the southern end of the plaintiffs' airport and other land owned by the Nature

1

Conservancy along the Connecticut River. (Amend. Comp.¶¶ 3 & 20; Merrow Affid. ¶ 4; Ventres Affid. ¶ 4)

4. The EHLT property includes inland wetlands that surround and protect "Chapman's Pond", which is part of the Connecticut River Estuary (CRE). (Merrow Affid.¶ 5; Ventres Affid.¶ 5)

5. The Connecticut River Estuary is recognized by: (a) the Nature Conservancy as one of the "Last Great Places"; (b) the U.S. Fish and Wildlife Service as a "Wetlands of International Importance"; and (c) the United States Council on Environmental Quality as one of ten "American Heritage Rivers". (Merrow Affid.¶ 6; Ventres Affid.¶ 6)

6. In December 2000, the plaintiffs, Timothy Mellon and Goodspeed Airport, LLC, acting through their agents and employees, entered the EHLT wetlands property and cut down acres of trees and cleared vegetation. (Amend.Comp.¶ 52; Merrow Affid.¶ 7; Ventres Affid.¶14)

7. The cutting by the plaintiffs on the EHLT property was done without permission or authority from the EHLT, record owner of the property. (Amend.Comp.¶¶ 44, 48, 51-53; Merrow Affid. ¶ 8; Ventres Affid. ¶ 15)

8. The cutting by the plaintiffs on the EHLT property was done without permits that are required by state statutes and town regulations. (Ventres Affid. ¶ 16)

9. The cutting by the plaintiffs on the EHLT property was done without a court order establishing a legal right to enter and cut. (Ventres Affid. ¶ 15)

10. The cease and desist order issued by the defendant Ventres on January 2, 2001 ordered the plaintiffs: " 1. To Cease and Desist from all regulated activity within seventy-five feet of inland/wetlands and watercourses (regulated areas) on your property . . . 2. Appear before the Inland & Wetlands and Watercourse Commission on January 11, 2001 . . . to be heard and show cause why this order should not remain in effect." (Ventres Affid. ¶ 17)

11. The cease and desist order was never affirmed by the IWWC but the IWWC did authorize the institution of the aforementioned enforcement action currently pending in Superior Court. (Ventres Affid. ¶ 18)

12. The IWWC's enforcement action presently is being litigated in the Superior Court for the State of Connecticut, entitled <u>James Ventres, et al vs. Timothy Mellon</u>, et al, Complex Litigation Docket No. X07 CV 01-0076812 S, Judicial District of Tolland at Rockville. (Ventres Affid. ¶ 19)

13. The possibility of a future penalty or restriction to be imposed upon the plaintiffs as owners and operators of the Goodspeed Airport has yet to be litigated. (Merrow Affid. ¶ 9; Ventres Affid. ¶ 20)

14. The plaintiffs continue to operate the Goodspeed Airport uninterrupted by any actions of the defendants. (Merrow Affid. ¶ 10; Ventres Affid. ¶ 21)

THE DEFENDANTS,
Susan Merrow and James Ventres

By: /s/ Kenneth J. McDonnell
Kenneth J. McDonnell
Gould, Larson, Bennet, Wells & McDonnell, PC
35 Plains Road
P.O. Box 959
Essex, CT 06426
Tel. (860) 767-9055
Fed. Bar No. ct 06555

## CERTIFICATION

This is to certify that a copy of the foregoing Statement of Material Facts together with Affidavits of Susan Merrow and James Ventres with Exhibits were mailed via first class mail, postage prepaid this 4th day of March, 2004, to the following counsel of record:

Timothy C. Moynahan, Esq.
Moynahan, Ruskin, Mascolo & Minnella
141 East Main Street
Waterbury, CT 06702

Michael J. Donnelly, Esq.
Murtha Cullina, LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469

John R. Fornaciai, Esquire
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, N.W.
11th Floor East
Washington, D.C. 20005-3314

/s/ Kenneth J. McDonnell
Kenneth J. McDonnell