## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOODSPEED AIRPORT, LLC AND TIMOTHY MELLON | : : : | |
| PLAINTIFFS, V. | : : : | CIVIL CASE NO: 301 CV 403 (SRU) |
| EAST HADDAM LAND TRUST, INC. MAUREEN VANDERSTAD, ANN KILPATRICK, ARTHUR MERROW, DEBORAH PIEZ, MARYBETH DRULAND MATT ELGART, JOHN KASHANSKI, ROBERT R. SMITH, GEOFF WISWELL, SUSAN MERROW AND JAMES VENTRES | : : : : : : : : | |
| DEFENDANTS, | : : | MARCH 5, 2004 |

### AFFIDAVIT OF SUSAN MERROW

The undersigned, Susan Merrow, hereby deposes and states under oath the following:

1. I am a citizen of the United States. I am over the age of eighteen years, I understand the obligation of providing true and accurate information under oath and I base the statements herein upon my own personal knowledge and information and my review of public records and documents.

2. I was the First Selectman of the Town of East Haddam from 1991 to 2003.

3. I am a past president and former director of the National Sierra Club and a former Lobbyist for the Connecticut Clean Water Coalition.

4. The East Haddam Land Trust, Inc. owns land between the southern end of the plaintiffs' airport and other land owned by the Nature Conservancy along the Connecticut River.

1

5. The East Haddam Land Trust, Inc. property includes inland wetlands that surround and protect "Chapman's Pond" which is part of the Connecticut River Estuary (CRE).

6. The CRE is recognized by: (a) the Nature Conservancy as one of the " Last Great Places;" (b) the U. S. Fish and Wildlife Services as a "Wetlands of International Importance;" and (c) the United States Council on Environmental Quality as one of ten "American Heritage Rivers."

7. On or about December 11, 2000, I learned for the first time that acres of trees and vegetation on the property owned by the East Haddam Land Trust had been cut by Tim Evans acting on behalf of the plaintiffs, Timothy Mellon and the Goodspeed Airport, LLC.

8. The cutting done on the East Haddam Land Trust property was done without permission of the East Haddam Land Trust and without a court order establishing a legal right to cut.

9. The possibility of a future penalty or restriction to be imposed upon the plaintiffs as owners and operators of the Goodspeed Airport has yet to be litigated.

10. The Goodspeed Airport continues to operate.

11. In my opinion, the actions of the plaintiffs in cutting acres of trees and vegetation on East Haddam Land Trust property without permission, without permits and without court order, are unlawful.

IN WITNESS WHEREOF, the undersigned has executed this Affidavit as of the 3rd day of March, 2004.

_____
Susan Merrow

STATE OF CONNECTICUT )
                              ) ss: Essex
COUNTY OF MIDDLESEX )

    On the 3rd day of March, 2004, before me, Kenneth J. McDonnell, the undersigned officer, personally appeared SUSAN MERROW, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained as her free act and deed.

    In Witness Whereof, I have hereunto set my hand and official seal.

                                              _____
                                              Kenneth J. McDonnell
                                              Commissioner of the Superior Court
                                              Notary Public
                                              My Commission Expires: