UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR 25 A 10: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 3:01-CV-403 (SRU) |
| EAST HADDAM LAND TRUST, INC., *et al.* | |
| Defendants. | |

### UNOPPOSED MOTION OF PLAINTIFFS FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b), Plaintiffs Goodspeed Airport, LLC and Timothy Mellon hereby move for a two-week extension of time until April 12, 2004 to respond to Defendants' Merrow and Ventres' Motion for Summary Judgment and, as grounds for the extension of time, state as follows:

1. Plaintiffs response to Defendants' summary judgment motion is due March 29, 2004.

2. Plaintiffs lead counsel, John R. Fornaciari, has been hospitalized for complications from a major surgical procedure.

### D. Conn. L. Civ. R. 7 (b) (3) Statement

Pursuant to D. Conn. L. Civ. R. 7 (b) (3), undersigned counsel states that he has inquired of all opposing counsel and that opposing counsel consent to the granting of this motion.

No prior motions for an extension of time have been filed on this matter.

W02-DC:9ALC1\100017037.1

Respectfully submitted,

_____
Timothy C. Moynahan, #09880
Moynahan Minella Broderick & Tindall
P.O. Box 2242
141 East Main Street
Waterbury, CT 06702
(203) 573-1411


_____
John R. Fornaciari, #04653
Robert M. Disch, #04654
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 218-0000

Attorneys for Plaintiffs

DATED: March 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion of Plaintiffs for an Extension of Time was served upon the following by facsimile and first-class mail this 24th day of March 2004:

> Michael J. Donnelly
> Murtha Cullina, LLP
> City Place I-185 Asylum Street
> Hartford, CT 06103-3469
>
> John S. Bennet
> Gould, Larson, Bennet, Wells & McDonnell, P.C.
> 35 Plains Road
> P. O. Box 959
> Essex, CT 06426

_____
Robert M. Disch