ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 MAR 25 A 10: 45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:01-CV-403 (SRU) |
| EAST HADDAM LAND TRUST, INC., *et al.* | ) |
| Defendants. | ) |

### UNOPPOSED MOTION OF PLAINTIFFS FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 (b), Plaintiffs Goodspeed Airport, LLC and Timothy Mellon hereby move for a two-week extension of time until April 12, 2004 to respond to Defendants' Merrow and Ventres' Motion for Summary Judgment and, as grounds for the extension of time, state as follows:

1. Plaintiffs response to Defendants' summary judgment motion is due March 29, 2004.

2. Plaintiffs lead counsel, John R. Fornaciari, has been hospitalized for complications from a major surgical procedure.

D. Conn. L. Civ. R. 7 (b) (3) Statement

Pursuant to D. Conn. L. Civ. R. 7 (b) (3), undersigned counsel states that he has inquired of opposing counsel and that opposing counsel consent to the granting of this motion.

No prior motions for an extension of time have been filed on this matter.

GRANTED; ABSENT OBJECTION.
SO ORDERED
Stefan R. Underhill, U.S.D.J.

FILED
2004 MAR 26 A 9: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

W02-DC:9ALC1\100017037.1