ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 19  A 9:45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| EAST HADDAM LAND TRUST, INC., *et al.* | ) ) ) |
| Defendants. | ) |

01CV403 MOTION
Civil Action No. 3:01CV403SRU

## MOTION OF PLAINTIFFS FOR THE
## ESTABLISHMENT OF A NINE MONTH DISCOVERY PERIOD

Plaintiffs Timothy Mellon and Goodspeed Airport LLC hereby file their motion for the establishment of a nine month discovery period.

In support of this motion, plaintiffs rely upon their supporting memorandum filed herewith and upon the entire record of these proceedings.

### Local Rule 37 Affidavit

An affidavit pursuant to Local Rule 37 is annexed hereto.

### Proposed Order

A proposed Order is annexed herto.

Respectfully submitted,

_____
Timothy C. Moynahan, #09880
Moynahan Minella Broderick & Tindall
P.O. Box 2242
141 East Main Street
Waterbury, CT 06702
(203) 573-1411

W02-DC:9JAP1\100017395.1

                                                       _____
                                                       John R. Fornaciari, #04653
                                                       Robert M. Disch, #04654
                                                       Sheppard Mullin Richter & Hampton, LLP
                                                       1300 I Street, N.W., 11th Floor East
                                                       Washington, D.C. 20005
                                                       (202) 218-0000

                                                       Attorneys for Plaintiffs

DATED: April 16, 2004