Case 3:01-cv-00403-SRU   Document 97-2   Filed 04/19/2004   Page 1 of 4

ORIGINAL
FILED

2004 APR 19 A 9: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GOODSPEED AIRPORT, LLC, et al.    )
                                  )
            Plaintiffs,            )
                                  )
v.                                )   Civil Action No. 3:01CV403SRU
                                  )
EAST HADDAM LAND TRUST, INC., et al. )
                                  )
            Defendants.            )

## MEMORANDUM OF PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR THE ESTABLISHMENT OF A NINE MONTH DISCOVERY PERIOD

Plaintiffs Timothy Mellon and Goodspeed Airport LLC hereby file their motion for the establishment of a nine month discovery period.

On April 12, 2004, plaintiffs filed their Opposition to the motion for summary judgment of defendants Ventres and Merrow. Plaintiffs' Opposition shows that plaintiffs have uncovered substantial evidence supporting their claims both legally and factually. Plaintiffs have been severely prejudiced in this action by the fact that, to date, plaintiffs have been allowed to take only four depositions from the parties. By this motion plaintiffs seek to be relieved from this limitation and to establish a nine month discovery period.

If this motion is granted, plaintiffs intend to take the following discovery: (1) subpoena records from the Goodspeed Opera House ("GOH"); and (2) to depose; (a) Todd Little of the GOH; (b) Dawn Starr of the GOH; (c) third-party Heidi Felner, who was a member of the EHLT and who, for a substantial period of time, was the EHLT's principal liaison with the plaintiffs; and (d) defendant EHLT board member Geoffrey Wiswell. Plaintiffs will also take discovery from the

W02-DC:9JAP1\100017397.1

Department of Economic and Community Development, where the GOH and the Town had several meetings regarding their joint project.

These individuals are likely important witnesses. Mr. Little and Ms. Starr of the GOH attended important meetings with plaintiffs, with the prior owner of the airport, Mr. D'Onofrio, and/or with the defendants Ventres and Merrow in connection with the efforts of the GOH and of the defendants Ventres and Merrow to obtain parking for the GOH on the airport's property. (See Pl. Summ. J. Ex. Nos. 5, 6, 9, 10, 13, 17.) The GOH's records and its internal memoranda on these issues are the proper subject of discovery.

Ms. Felner was the EHLT's contact with plaintiffs from 1999 through the summer of 2000 when she was replaced by defendant Vanderstad. Ms. Felner attended critical meetings and had relevant communications with the plaintiffs, the EHLT and Mr. Ventres. (See Pl. Summ. J. Ex. Nos. 16, 21.) Defendant Wiswell was a member of the EHLT board who attended EHLT board meetings on the subject of plaintiffs' efforts to secure a tree clearing easement from the EHLT to cut trees on an area larger than the area on the EHLT realty that had been historically cut by the owners of the airport.

The plaintiffs have pled meritorious claims and should be allowed the discovery to which litigants are normally entitled under the Federal Rules. This action involves numerous defendants and third-party witnesses and the transactions giving rise to the action span a period of three years from 1999 through 2001. There is no good cause for plaintiffs to continue to be limited to four depositions in a case of this magnitude. After plaintiffs have obtained the records of the GOH and have deposed these four individuals, plaintiffs will be in a position to know what, if any, final discovery will need to be completed within the proposed nine month period to prepare the case for trial.

## Conclusion

For all of the foregoing reasons, plaintiffs respectfully request that the Court grant their motion for the establishment of a nine month discovery period.

Respectfully submitted,

_____
Timothy C. Moynahan, #09880
Moynahan Minella Broderick & Tindall
P.O. Box 2242
141 East Main Street
Waterbury, CT 06702
(203) 573-1411

_____
John R. Fornaciari, #04653
Robert M. Disch, #04654
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 218-0000

Attorneys for Plaintiffs

DATED: April 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum Of Plaintiffs In Support Of Their Motion For The Establishment Of A Nine Month Discovery Period was served upon the following by first class mail, postage prepaid this 16th day of April, 2004:

> Michael J. Donnelly
> Murtha Cullina, LLP
> City Place I-185 Asylum Street
> Hartford, CT 06103-3469
>
> John S. Bennet
> Kenneth J. McDonnell
> Gould, Larson, Bennet, Wells & McDonnell, P.C.
> 35 Plains Road
> P. O. Box 959
> Essex, CT 06426

_____
Robert M. Disch