UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:01CV403SRU |
| | ) |
| EAST HADDAM LAND TRUST, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

FILED

2004 APR 19  A 9:45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## DECLARATION OF ROBERT M. DISCH

Robert M. Disch, pursuant to Local Rule 9.2 declares as follows:

1. I am one of the attorneys of record for the plaintiffs in the above-captioned action.

2. I certify that I have conferred with defendants' counsel in an effort in good faith to resolve by agreement the issues raised by this motion without intervention of the Court, and have been unable to reach such an agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of April, 2004.

_____
Robert M. Disch

W02-DC:9JAP1\100017395.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:01CV403SRU |
| ) | |
| EAST HADDAM LAND TRUST, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the motion of plaintiffs for the establishment of a nine month discovery period, and of the response thereto;

IT IS HEREBY ORDERED that said motion is GRANTED; the restriction of the plaintiffs to four depositions in the case is VACATED, and the parties shall have a nine month period from the date of the entry of this Order to complete discovery in this action.

_____
United States District Court Judge

DATED: _____, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Plaintiffs for the Establishment of a Nine Month Discovery Period was served upon the following by first class mail, postage prepaid this 16th day of April, 2004:

> Michael J. Donnelly
> Murtha Cullina, LLP
> City Place I-185 Asylum Street
> Hartford, CT 06103-3469
>
> John S. Bennet
> Kenneth J. McDonnell
> Gould, Larson, Bennet, Wells & McDonnell, P.C.
> 35 Plains Road
> P. O. Box 959
> Essex, CT 06426

_____
Robert M. Disch