UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 23 P 12: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| GOODSPEED AIRPORT LLC, ET AL. | : |
|---|---|
| Plaintiffs | : |
| VS. | : CIVIL NO. 3:01CV403 (SRU) |
| EAST HADDAM LAND TRUST, INC., ET AL. | : |
| Defendants | : APRIL 22, 2004 |

## DEFENDANTS VENTRES AND MERROW MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR A NINE MONTH DISCOVERY PERIOD

The defendants oppose the plaintiffs' motion for the establishment of a nine month discovery period. There is nothing in the plaintiffs' motion or memorandum of law that suggests that any of the evidence the plaintiffs wish to gather has any bearing or relevance to the issue raised in the defendants' motion for summary judgment. Whatever officials or members of the Goodspeed Opera House or the East Haddam Land Trust have to say about the plaintiffs or the plaintiffs' negotiations over tree cutting and parking lots is immaterial and irrelevant to the issue of whether the plaintiffs have been deprived of a constitutionally protected right. Any of the "important meetings" these persons attended with the plaintiffs could be testified to by the plaintiffs anyway. Furthermore, any testimony about other meetings with third parties unattended by the plaintiffs cannot be material or relevant to the issue of whether the plaintiffs were prevented from doing anything and thereby deprived of a constitutionally protected right. The plaintiffs themselves would be in the best position to explain just what it is they have been prevented from doing.

1

This case has been pending since March, 2001. The plaintiffs fail to explain why they have waited since this Court's ruling on November 20, 2002 limiting discovery to raise this issue of a perceived need for more time to conduct additional discovery.

For all the foregoing reasons and the reasons set forth in the defendants' memorandum in support of the motion for summary judgment and the defendants' reply memorandum, the defendants ask that the plaintiffs' motion be denied.

THE DEFENDANTS,
Susan Merrow and James Ventres

By /s/ Kenneth J. McDonnell
Kenneth J. McDonnell
Gould, Larson, Bennet, Wells & McDonnell, P.C.
35 Plains Road
P. O. Box 959
Essex, CT 06426
Tel. (860) 767-9055
Fed. Juris No. ct 06555

## CERTIFICATION

This is to certify that a copy of the foregoing tatement of Material Facts, Affidavits of Susan Merrow and James Ventres with Exhibits and Memorandum of Law were mailed via first class mail, postage prepaid this 22nd day of April, 2004, to the following counsel of record:

Timothy C. Moynahan, Esq.
Moynahan, Ruskin, Mascolo & Minnella
141 East Main Street
Waterbury, CT 06702

Michael J. Donnelly, Esq.
Murtha Cullina, LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469

John R. Fornaciari, Esq.
Robert M. Disch, Esq.
Sheppard Mullin Richter & Hampton, LLP
1300 I Street, N.W., 11th Floor East
Washington, D. C. 20005

/s/ Kenneth J. McDonnell
Kenneth J. McDonnell