UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOODSPEED AIRPORT, LLC and TIMOTHY MELLON, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO: 3:01-CV-403 (SRU) |
| v. | : : | |
| EAST HADDAM LAND TRUST, INC., MAUREEN VANDERSTAD, ANN KILPATRICK, ARTHUR MERROW, DEBORAH PIEZ, MARYBETH DURLAND, JOHN KASHANSKI, ROBERT R. SMITH, GEOFF WISWELL, SUSAN MERROW and JAMES VENTRES, | : : : : : : : | |
| Defendants. | : | JUNE 18, 2004 |

## WITHDRAWAL OF APPEARANCE

As the undersigned is joining a new firm, he hereby withdraws his appearance in the above-captioned matter.

                    /s/ Seth M. Wilson
        Seth M. Wilson - ct22171

        Murtha Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut  06103-3469
        Telephone:  (860) 240-6000
        Facsimile:   (860) 240-6150
        Email:  swilson@murthalaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was mailed first-class, postage prepaid, on this 22nd day of June, 2004 to:

| | |
|---|---|
| Goodspeed Airport, LLC and <br> Timothy Mellon | Goodspeed Airport, LLC and <br> Timothy Mellon |
| Timothy C. Moynahan, Esq. <br> Moynahan Minella Broderick & Tindall <br> P.O. Box 2242 <br> 141 East Main Street <br> Waterbury, Connecticut  06702 | John R. Fornaciari, Esq. <br> Robert M. Disch, Esq. <br> Sheppard Mullin Richter & Hampton LLP <br> 1300 I Street, N.W., 11th Floor, East <br> Washington, D.C.  20005-3314 |

Susan Merrow & James Ventres

John S. Bennet, Esq.
Kenneth J. McDonnell, Esq.
Gould, Larson, Bennet, Wells & McDonnell, P.C.
35 Plains Road
P.O. Box 959
Essex, Connecticut  06426

                                                    /s/Michael J. Donnelly
                                                    Michael J. Donnelly