```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

                 Motion Day Calendar

          Stefan R. Underhill, U. S. D. J.
              915 Lafayette Boulevard
                    Bridgeport
             Courtroom #1, 4th Floor

                 December 21, 2004


UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER
WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE
NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS
AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO
THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH
IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE
UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO
BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714) IN WRITING, OR
BY TELEPHONE CONFIRMED IN WRITING, NO LATER THAN Dec. 10, 2004.
ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED
ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR
ALL OTHER PARTIES BEFORE MAKING THE REQUEST.
```

**10:00 a.m.**
**Goodspeed Airport v East Haddam Land, et al     3:01cv403**

Motion for Summary Judgment - doc. #92 and all other pending motions

**10:30 a.m.**
**Reilly v West Haven              3:02cv1346**

Motion for Summary Judgment - doc #19 and all other pending motions

**11:00 a.m.**
**Cruz v Behnke                3:04cv1119**

Motion to Dismiss - doc. #8

**2:00 a.m.**
**Paterson v MEK Securities            3:03cv1149**

Motion for Summary Judgment  - docs. #23 and 34

**2:30 p.m.**
**Filush v Weston                              3:02cv1934**

Motion for Summary Judgment - doc. #61

**3:00 p.m.**
**Branco v Shaws Supermarkets      3:03cv376**

Motion for Summary Judgment - doc. #21