UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GOODSPEED AIRPORT, LLC
TIMOTHY MELLON

       v                                   3:04cv403 (SRU)

SUSAN MERROW
JAMES VENTRES
EAST HADDAM LAND TRUST, INC.
MAUREEN VANDERSTAD
ANN KILPATRICK
ARTHUR MERROW
DEBORAH PIEZ
MARYBETH DURLAND
MATT ELGART
JOHN KASHANSKI
ROBERT R. SMITH
GEOFFREY N. WISWELL

## ORDER GRANTING SUMMARY JUDGMENT

On December 21, 2004, the court granted the motion for summary judgment filed by defendants Merrow and Ventres. Although the remaining defendants did not join that motion, the reasons underlying the grant of summary judgment apply equally to all defendants. Accordingly, summary judgment is hereby entered, sua sponte, in favor of all remaining defendants, for the reasons set forth on the record at the December 21, 2004 hearing.

The clerk shall enter judgment and close this file.

It is so ordered.

Dated at Bridgeport, Connecticut this 3rd day of January, 2005.

                                                   /s/ Stefan R. Underhill
                                                 Stefan R. Underhill
                                                 United States District Judge

Case 3:01-cv-00403-SRU    Document 107    Filed 01/03/2005    Page 2 of 2