UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JAN -3 P 2: 55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GOODSPEED AIRPORT, LLC
TIMOTHY MELLON

      v                                3:01cv403 (SRU)

SUSAN MERROW
JAMES VENTRES
EAST HADDAM LAND TRUST, INC.
MAUREEN VANDERSTAD
ANN KILPATRICK
ARTHUR MERROW
DEBORAH PIEZ
MARYBETH DURLAND
MATT ELGART
JOHN KASHANSKI
ROBERT R. SMITH
GEOFFREY N. WISWELL

### JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United District Judge, as a result of defendants' motion for summary judgment.

The court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on December 21, 2004, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of January, 2005.

                                                    KEVIN F. ROWE, Clerk

                                                    Deputy Clerk