UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:01CV403SRU |
| ) | |
| EAST HADDAM LAND TRUST, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

**MOTION OF PLAINTIFFS FOR RECONSIDERATION OF THE COURT'S
ENTRY OF SUMMARY JUDGMENT FOR THE DEFENDANTS**

Plaintiffs Timothy Mellon and Goodspeed Airport, LLC hereby file their motion for reconsideration of the Court's entry of summary judgment for the defendants.

In support of this motion, plaintiffs rely upon their supporting memorandum filed herewith, upon the amended complaint and upon the entire record of these proceedings.

**Proposed Order**

A proposed Order is annexed hereto.

Respectfully submitted,

/s/ Robert M. Disch
John R. Fornaciari, #04653
Robert M. Disch, #04654
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
202-218-0000 phone
202-218-0020 fax

Attorneys for Plaintiffs

DATED: January 13, 2005

W02-DC:9JAP1\100023689.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EAST HADDAM LAND TRUST, INC., *et al.* )<br>)<br>Defendants. ) | Civil Action No. 3:01CV403SRU |

### ORDER

Upon consideration of the motion for reconsideration of Plaintiffs Timothy Mellon and Goodspeed Airport, LLC of the Court's entry of summary judgment for the defendants, and of the response thereto;

IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED, and the entry of summary judgment is VACATED.

_____
United States District Court Judge

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Plaintiffs for Reconsideration of the Court's Entry of Summary Judgment for the Defendants was served upon the following electronically and by first class mail, postage prepaid this 13th day of January 2005:

Michael J. Donnelly
Murtha Cullina, LLP
City Place I-185 Asylum Street
Hartford, CT 06103-3469

John S. Bennet
Kenneth J. McDonnell
Gould, Larson, Bennet, Wells & McDonnell, P.C.
35 Plains Road
P. O. Box 959
Essex, CT 06426

_____
Robert M. Disch