# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:01CV403SRU |
| | ) | |
| EAST HADDAM LAND TRUST, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF PLAINTIFFS FOR AN ORDER EXTENDING THE TIME TO FILE A NOTICE OF APPEAL UNTIL FIFTEEN DAYS AFTER THE COURT'S RULING ON PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Fed. R. App. P. 4(a)(5)(A)(i), Plaintiffs Timothy Mellon and Goodspeed Airport, LLC hereby file their motion for an order extending the time to file a notice of appeal until fifteen (15) days after entry of the Court's ruling on Plaintiffs' motion for reconsideration.

On January 3, 2005, the Court entered its final judgment entering summary judgment in favor of all of the Defendants. Thus, the thirty-day time period under Fed. R. App. P. 4 for filing a notice of appeal is running. Plaintiffs have filed a motion for reconsideration. However, Plaintiffs will have to file a notice of appeal on or before February 2, 2005, unless the Court rules upon Plaintiff's motion for reconsideration before February 2, 2005.

The Court may or may not rule by then. Accordingly, in an abundance of caution, Plaintiffs are filing the instant motion under Fed. R. App. P. 4(a)(5)(A)(i) which provides:

(A) The district court may extend the time to file a notice of appeal if:

(i) a party so moves no later than 30 days after the time prescribed by the Rule 4(a) expires.

The granting of the proposed extension will not prejudice any of the parties and will avoid the possibility of Plaintiffs having to file a notice of appeal before the Court rules on the pending motion for reconsideration.

## LOCAL RULE 7(b)(3) STATEMENT

The undersigned counsel hereby states that he has inquired of opposing counsel and there is an objection to this motion.

## PROPOSED ORDER

A proposed Order is annexed hereto.

Respectfully submitted,

_____
John R. Fornaciari, #04653
Robert M. Disch, #04654
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
202-218-0000 phone
202-218-0020 fax

Attorneys for Plaintiffs

Dated:  January 13, 2005

ORAL ARGUMENT NOT REQUESTED

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:01CV403SRU |
| | ) | |
| EAST HADDAM LAND TRUST, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of the motion of Plaintiffs Timothy Mellon and Goodspeed Airport, LLC for an Order extending the time to file a notice of appeal until fifteen (15) days after entry of the Court's ruling on Plaintiffs' motion for reconsideration, and of the response thereto;

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.

_____
United States District Court Judge

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Plaintiffs for an Order Extending the

Time to File a Notice of Appeal Until Fifteen Days After the Court's Ruling on Plaintiffs' Motion for

Reconsideration was served upon the following electronically and by first class mail, postage prepaid

this 13th day of January 2005:

> Michael J. Donnelly
> Murtha Cullina, LLP
> City Place I-185 Asylum Street
> Hartford, CT 06103-3469
>
> John S. Bennet
> Kenneth J. McDonnell
> Gould, Larson, Bennet, Wells & McDonnell, P.C.
> 35 Plains Road
> P. O. Box 959
> Essex, CT 06426

Robert M. Disch