UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:01CV403SRU |
| ) | |
| EAST HADDAM LAND TRUST, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Plaintiffs Goodspeed Airport, LLC and Timothy Mellon, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the final judgment filed on January 3, 2005 and entered in this action on January 4, 2005.

Respectfully submitted,

_____
John R. Fornaciari, #04653
Robert M. Disch, #04654
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
202-218-0000 phone
202-218-0020 fax

Attorneys for Plaintiffs

Dated: February 1, 2005

W02-DC:9RMD1\100024190.1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JAN -3 P 2:55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GOODSPEED AIRPORT, LLC
TIMOTHY MELLON

v                                   3:01cv403 (SRU)

SUSAN MERROW
JAMES VENTRES
EAST HADDAM LAND TRUST, INC.
MAUREEN VANDERSTAD
ANN KILPATRICK
ARTHUR MERROW
DEBORAH PIEZ
MARYBETH DURLAND
MATT ELGART
JOHN KASHANSKI
ROBERT R. SMITH
GEOFFREY N. WISWELL

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United District Judge, as a result of defendants' motion for summary judgment.

The court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on December 21, 2004, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of January, 2005.

KEVIN F. ROWE, Clerk

_____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served upon the following by first class mail, postage prepaid this 1st day of February, 2005:

>Michael J. Donnelly
>Murtha Cullina, LLP
>City Place I-185 Asylum Street
>Hartford, Connecticut 06103-3469
>
>John S. Bennet
>Kenneth J. McDonnell
>Gould, Larson, Bennet, Wells & McDonnell, P.C.
>35 Plains Road
>P. O. Box 959
>Essex, Connecticut 06426

_____
Robert M. Disch