# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** February 1, 2005        **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**FILED 2005 FEB 11 P 12:22**
**U.S. DISTRICT COURT BRIDGEPORT, CONN**

**CASE TITLE:** Goodspeed Airport, et al v. East Haddam Land, et al

**DOCKET NO.:** 3:01 cv 403 (SRU)

**NOTICE OF APPEAL:** filed: February 1, 2005

**APPEAL FROM:** final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet (Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓   Due ____   N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:** Timely ✓   Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____   Denied ____

**COA:** Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** PM   **DATE:** 2/9/05
DEPUTY CLERK, USCA

**USCA No.** ____.