UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOODSPEED AIRPORT, LLC and<br>TIMOTHY MELLON | : <br> : <br> : | CIVIL CASE<br>NO: 301 CV 403 (SRU) |
| Plaintiffs,<br>v. | : <br> : <br> : <br> : | |
| EAST HADDAM LAND TRUST, INC.<br>MAUREEN VANDERSTAD,<br>ANN KILPATRICK, ARTHUR MERROW,<br>DEBORAH PIEZ, MARYBETH DURLAND,<br>JOHN KASHANSKI, ROBERT R. SMITH,<br>GEOFF WISWELL, SUSAN MERROW and<br>JAMES VENTRES | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | MARCH 14, 2005 |

OPPOSITION TO MOTION FOR RECONSIDERATION

The East Haddam Land Trust, Inc., Maureen VanDerStad, Ann Kilpatrick, Arthur Merrow, Deborah Piez, Marybeth Durland, Matt Elgart, John Kashanski, Robert R. Smith and Geoff Wiswell (the "EHLT Defendants") hereby oppose the plaintiffs' Notice for Reconsideration dated January 13, 2005. Despite having had several years to prepare their case and notice that the case was "hanging on by its fingernails," at oral argument the Plaintiffs were unable to answer any of the Court's questions as to fundamentals of their

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

-2-

claim. As a result, the Court was acting well within its authority to order summary judgment on behalf of all of the Defendants, and that judgment should stand. <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317 (1986).

        EAST HADDAM LAND TRUST, INC.,
        MAUREEN VANDERSTAD, ANN KILPATRICK,
        ARTHUR MERROW, DEBORAH PIEZ,
        MARYBETH DURLAND, MATT ELGART, JOHN
        KASHANSKI, ROBERT R. SMITH and
        GEOFF WISWELL


        By  /s/ Michael J. Donnelly
          Michael J. Donnelly - ct07974
          mdonnelly@murthalaw.com

        Murtha Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut 06103-3469
        Telephone:  (860) 240-6000
        Facsimile:   (860) 240-6150
        Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Opposition to Motion for Reconsideration was mailed first-class, postage prepaid, on this 14th day of March 2005 to:

Goodspeed Airport, LLC and
Timothy Mellon

Timothy C. Moynahan
Moynahan, Ruskin Mascolo & Minella
P.O. Box 2242
141 East Main Street
Waterbury, CT  06702

Goodspeed Airport, LLC and
Timothy Mellon

John R. Fornaciari, Esq.
Robert M. Disch, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.,
11th Floor, East
Washington, DC  20005-3314

Telephone:  202-218-0000
Facsimile:   202-218-0020

Susan Merrow & James Ventres

John S. Bennet, Esq.
Gould, Larson, Bennet, Wells &
McDonnell PC
35 Plains Road
P.O. Box 959
Essex, CT  06426

/s/ Michael J. Donnelly
Michael J. Donnelly