ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

GOODSPEED AIRPORT, LLC, *et al.*      )
                                                          )      2005 JUL 12  P 12: 46
                    Plaintiffs,                       )
                                                          )      U.S. DISTRICT COURT
        v.                                              )      Civil Action No. 3:01CV403SRU
                                                          )
EAST HADDAM LAND TRUST, INC., *et al.*   )      2nd Circuit Docket No. 05-0622-cv
                                                          )
                    Defendants.                     )

## AMENDED NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(4)(B)(ii), Plaintiffs Goodspeed Airport, LLC and Timothy Mellon,

hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the

District Court's Ruling on Motion For Reconsideration filed on June 14, 2005.

Respectfully submitted,

John R. Fornaciari, #04653
Robert M. Disch, #04654
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
202-218-0000 phone
202-218-0020 fax

Attorneys for Plaintiffs

Dated:  July 11, 2005

W02-DC:9RMD1\100024190.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served upon the following

by first class mail, postage prepaid this 11th day of July, 2005:

> Michael J. Donnelly
> Murtha Cullina, LLP
> City Place I-185 Asylum Street
> Hartford, Connecticut 06103-3469
>
> John S. Bennet
> Kenneth J. McDonnell
> Gould, Larson, Bennet, Wells & McDonnell, P.C.
> 35 Plains Road
> P. O. Box 959
> Essex, Connecticut 06426

John R. Fornaciari