UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 SEP -7 A 10: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* | ) |
| Plaintiffs/Appellants, | ) Case No. 3:01-CV-403(SRU) |
| v. | ) U.S.C.A. Docket No. 05-0622-CV |
| EAST HADDAM LAND TRUST, INC., *et al.* | ) |
| Defendants/Appellees. | ) |

## INDEX TO THE RECORD ON APPEAL

•Certified Copy of Docket Sheets (16 pages).

| Docket No. | Docket Text | Date Filed | No. |
|---|---|---|---|
| 1 | Complaint | 03/15/01 | 1 |
| 23 | Exhibits to Complaint | 04/30/01 | 2 |
| 33 | Motion by Susan Merrow, James Ventres to Dismiss Action | 06/06/01 | 3 |
| 34 | Memorandum by Susan Merrow, James Ventres in Support of Motion to Dismiss Action | 06/06/01 | 4 |
| 35 | Motion by East Haddam Land, et al. to Dismiss | 06/12/01 | 5 |
| 36 | Memorandum by East Haddam Land, et al. to Dismiss | 06/12/01 | 6 |
| 39 | Memorandum by Goodspeed Airport, Timothy Mellon in Opposition to Motions to Dismiss | 07/03/01 | 7 |
| 40 | Reply by Susan Merrow, James Ventres to Response to Motion to Dismiss | 07/12/01 | 8 |
| 43 | Reply by East Haddam Land, et al. to Response to Motion to Dismiss | 07/17/01 | 9 |
| 50 | Ruling granting Motion to Dismiss [35-1] and Motion to Dismiss [33-1] | 10/22/01 | 10 |
| 51 | Amended Complaint | 11/06/01 | 11 |
| 63 | Motion by East Haddam Land, et al. to Dismiss Case | 04/23/02 | 12 |
| 64 | Memorandum by East Haddam Land, et al. in Support of Motion to Dismiss Case | 04/23/02 | 13 |

| Docket No. | Docket Text | Date Filed | No. |
|---|---|---|---|
| 67 | Motion by Susan Merrow, James Ventres to Dismiss Case | 04/30/02 | 14 |
| 68 | Memorandum by Susan Merrow, James Ventres in Support of Motion to Dismiss Case | 04/30/02 | 15 |
| 73 | Objections by Goodspeed Airport, Timothy Mellon to Motions to Dismiss Case | 05/30/02 | 16 |
| 74 | Reply by Susan Merrow, James Ventres to Response to Motion to Dismiss Case | 06/12/02 | 17 |
|  | Minute Entry: denying motion to dismiss case [63-1], denying motion to dismiss case [67-1] | 11/20/02 | 18 |
| 92 | Motion for Summary Judgment by Susan Merrow, James Ventres and Attachments #1, #2, #3, #-4 | 03/05/04 | 19 |
| 95 | Memorandum in Opposition to Motion for Summary Judgment and Exhibits 1 to 33 | 04/12/04 | 20 |
| 96 | Statement of Material Facts by Goodspeed Airport, Timothy Mellon and Exhibits A-E | 04/12/04 | 21 |
| 99 | Reply Memorandum re Motion for Summary Judgment by Susan Merrow, James Ventres | 04/23/04 | 22 |
| 107 | Order granting as to all remaining defendants Motion for Summary Judgment | 01/03/05 | 23 |
| 108 | Judgment in favor of Defendants | 01/03/05 | 24 |
| 106 | Transcript of Proceedings held on 12/2104 | 01/04/05 | 25 |
| 111 | Motion for Reconsideration of Court's Entry of Summary Judgment by Goodspeed Airport, Timothy Mellon | 01/14/05 | 26 |
| 113 | Notice of Appeal by Goodspeed Airport, Timothy Mellon | 02/01/05 | 27 |
| 117 | Memorandum in Opposition re Motion for Reconsideration of Court's Entry of Summary Judgment by Susan Merrow, James Ventres | 03/16/05 | 28 |
| 118 | Memorandum in Opposition re Motion for Reconsideration of Court's Entry of Summary Judgment by East Haddam Land, et al. | 03/22/05 | 29 |
| 120 | Reply to Response to Motion for Reconsideration of Court's Entry of Summary Judgment by Goodspeed Airport, Timothy Mellon | 04/01/05 | 30 |
| 121 | Ruling granting Motion for Reconsideration; but on reconsideration of the court's previous ruling stands | 06/14/05 | 31 |

-3-

| Docket No. | Docket Text | Date Filed | No. |
|---|---|---|---|
| 122 | Amended Notice of Appeal by Goodspeed Airport, Timothy Mellon | 07/12/05 | 32 |

•Clerk's Certificate

                                Respectfully submitted,

                                /s/ Robert M. Disch

                                John R. Fornaciari, #04653
                                Robert M. Disch, #04654
                                SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                1300 I Street, N.W., 11th Floor East
                                Washington, D.C. 20005
                                (202) 218-0009

Dated: September 6, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOODSPEED AIRPORT, LLC, *et al.* ) | |
| ) | |
| Plaintiffs/Appellants, ) | Case No. 3:01-CV-403(SRU) |
| ) | |
| v. ) | U.S.C.A. Docket No. 05-0622-CV |
| ) | |
| EAST HADDAM LAND TRUST, INC., *et al.* ) | |
| ) | |
| Defendants/Appellees. ) | |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of Index to the Record on Appeal was served upon counsel for Defendants/Appellees, (1) Michael J. Donnelly, Murtha Cullina, LLP, City Place I-185 Asylum Street, Hartford, CT 06103-3469 and (2) John S. Bennet, Gould, Larson, Bennet, Wells & McDonnell, P.C., 35 Plains Road, P. O. Box 959, Essex, CT 06426 by first class mail, postage prepaid on September 6, 2005.

Respectfully submitted,

_____
John R. Fornaciari, #04653
Robert M. Disch, #04654
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 218-0009

Dated: September 6, 2005